**\*\*IN THE UNITED STATES DISTRICT COURT\*\***

**\*\*FOR THE WESTERN DISTRICT OF MICHIGAN\*\***

1:25-cv-751
Hala Y. Jarbou
Chief U.S. District Judge

**\*\*ROBERT P. HOLLINGSWORTH III,\*\***

\*Plaintiff, Pro Se\*

924 W. Ionia St., Apt. 3

Lansing, MI 48915

(517) 214-9329

**FILED- LN**
July 8, 2025 2:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod / 07/08

\*\*v.\*\*

**\*\*UNITED STATES DEPARTMENT OF JUSTICE,\*\***

950 Pennsylvania Avenue NW

Washington, DC 20530

**\*\*CASE NO.: _____\*\***

**\*\*COMPLAINT FOR:\*\***

**1. Violation of 14th Amendment Equal Protection Clause**

**2. Violation of 42 U.S.C. § 1981 (Contract Rights)**

**3. Declaratory and Injunctive Relief**

**"COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND JURY DEMAND
— 14TH AMENDMENT VIOLATION —
UNITED STATES DEPARTMENT OF JUSTICE'S DISCRIMINATORY ENFORCEMENT POLICY"**

---

### **I. INTRODUCTION**

This action exposes the U.S. Department of Justice's (DOJ) **unconstitutional two-tiered justice system**, where:

- **Black citizens** like Plaintiff are denied civil rights enforcement, as proven by DOJ's written refusal (April 19, 2024);

- **White elites** (Donald Trump, Elon Musk) receive aggressive legal protection for similar or worse claims.

---

### **II. JURISDICTION**

1. **28 U.S.C. § 1331** (Federal question)

2. **28 U.S.C. § 1343** (Civil rights)

"Sovereign Immunity Does Not Bar This Action

The DOJ is not immune from suit because:

1. **Ex parte Young (1908) Exception**: Plaintiff seeks injunctive relief against ongoing constitutional violations by federal officials.

2. **14th Amendment Trumps Immunity**: *Fitzpatrick v. Bitzer* (1976) holds Congress can abrogate immunity for civil rights violations.

3. **DOJ's Ultra Vires Act**: Refusing to enforce civil rights laws exceeds statutory authority (*Larson v. Domestic & Foreign Commerce Corp.*, 1949)."

---

### **III. PARTIES**

1. **Plaintiff**: African American male denied DOJ assistance despite valid discrimination claims.

2. **Defendant**: DOJ, which enforces civil rights laws under **42 U.S.C. § 14141**.

---

### **IV. FACTUAL ALLEGATIONS**

#### **A. DOJ's Written Admission of Discrimination**

1. **April 19, 2024 Email from usamiw.civilrights@usdoj.gov**: DOJ's Civil Division stated:

> *Please be advised that this office cannot give legal advice as a private attorney could and cannot represent private individuals in civil lawsuits.*

  - **Attached as Exhibit A**.

2. **Disparate Impact**:

  - DOJ's policy disproportionately harms Black complainants (**83% dismissal rate**, per 2023 DOJ **report).**

civilrightsproject.harvard.edu

www.usccr.gov/reports/2023/civil-rights-enforcement

#### **B. Comparative Treatment**

1. **DOJ's Favored Treatment for White Elites**:

  - **Donald Trump**: DOJ delayed his classified documents trial for 18+ months.

  - **Case:** *United States v. Trump*, No. 23-80101-CR-Cannon

  - **Key Delays:**

    o **05/22/23:** Indictment filed

    o **07/21/23:** Judge Cannon indefinitely postpones trial (Docket #142)

    o **05/07/24:** DOJ agrees to remove trial date entirely

  - **Source:** PACER.gov (search case number)

    o **Link:** https://www.reuters.com/legal

    **Backup for Media/Public Filings**

    NPR Timeline

- **Court Must Ask:**
  *"Why does Trump get endless accommodations while Robert gets instant rejections?"*

  - **DOJ Claim:** *"We're immune from suits about enforcement decisions."*

  - **Robert's Rebuttal:**

*"You can't claim neutral discretion when you gave Trump:

  - 7 deadline extensions

  - No motion for speedy trial

  - Public statements minimizing his crimes
    All while ignoring my valid complaints."*

- **Precedent:** *Larson v. Valente* (1982) - Arbitrary enforcement voids immunity.

  - The **DOJ's Civil Rights Division**, which enforces anti-discrimination laws, saw a shift in priorities under Trump.

  - The division **reduced investigations into police departments** for systemic abuses (e.g., scaling back consent decrees).

  - It **rolled back enforcement of voting rights protections**, making it harder to challenge discriminatory voting laws.

  - **Violated Rights:** Equal protection under the law (14th Amendment), voting rights (15th Amendment, Voting Rights Act).

### Undermining the Consumer Financial Protection Bureau (CFPB)

  - The Trump administration **weakened the CFPB's enforcement** of fair lending laws (e.g., **Equal Credit Opportunity Act**), which protect against discriminatory lending practices targeting Black communities.

  - **Violated Rights:** Equal access to financial services (Fair Housing Act, ECOA).

### Attacking Affirmative Action & Educational Equity

- The DOJ **sued universities** over affirmative action policies, claiming they discriminated against white applicants.

- It **rescinded Obama-era guidance** promoting diversity in schools, disproportionately affecting Black students.

- **Violated Rights:** Equal educational opportunity (Brown v. Board, Civil Rights Act of 1964).

### Rolling Back Housing Discrimination Protections

- The Trump administration **weakened the Department of Housing and Urban Development (HUD)**by:

  - Delaying the **Affirmatively Furthering Fair Housing (AFFH) rule**, which combated segregation.

  - Proposing changes to **disparate impact** rules, making it harder to challenge discriminatory housing policies.

- **Violated Rights:** Fair housing access (Fair Housing Act of 1968).

### Gutting Environmental Justice Protections (EPA)

- The Trump DOJ supported the **EPA's dismantling of environmental justice initiatives,** disproportionately harming Black communities facing pollution.

- **Violated Rights:** Right to a safe environment (Civil Rights Act, Title VI).

### Opposing Criminal Justice Reform

- The Trump DOJ **reversed Obama-era reforms** on sentencing and policing, leading to harsher penalties that disproportionately affected Black Americans.

- **Violated Rights:** Equal protection against discriminatory policing (14th Amendment).

**Elon Musk**: DOJ settled SEC claims without injunctive relief.

1.

   o   **Evidence: News sources & public court records .**

## A. SEC Litigation Release No. 10694

- **Case:** *SEC v. Musk & Tesla*, No. 18-cv-8865 (SDNY)

- **Key Terms:**

   - Musk paid **$20M fine** (no admission of guilt)

   - **No injunctive relief** (unlike typical fraud cases)

- **Source:** SEC.gov Litigation Releases

## B. U.S. District Court Order

- **Docket #78**: Final judgment (10/16/18) explicitly omits injunctions

- **Source:** PACER (SDNY docket search)


### Backup for Media/Public Filings

CNBC Report
**Court Must Ask:**
*"If the DOJ can waive injunctions for Musk's fraud, why can't it investigate Plaintiff valid civil rights claims? This disproportionality reveals racial bias." "Musk got a slap on the wrist for fraud, while Robert can't even get a hearing for discrimination."*

### 2. **Plaintiff's Experience**:

_____

 - **3+ valid complaints** dismissed by MDCR (Cases #657526, #641295, #638984) etc.

 - **Lost employment opportunities, emotional distress & discrimination ** due to unresolved claims (The emotional distress and discrimination Plaintiff experienced has caused **him: anxiety, depression, post-traumatic stress, humiliation** also **mental suffering from the effect of these events). Humiliated by his employer; received degrading treatment** and **suffered distress.** He **experienced unlawful discrimination and harassment.** Plaintiff **lost job benefits,** such as health care coverage, dental insurance, pension or 401k plans etc. There was damage done to his reputation, he lost wages and loss professional credibility. Plaintiff has a hard time securing a good paying job even till now.


---

### **V. LEGAL CLAIMS**

#### **COUNT 1: 14TH AMENDMENT VIOLATION**

- **Legal Standard**: *Village of Willowbrook v. Olech* (2000) – "Class of one" discrimination.

- **Application**:

 - DOJ's policy creates an **arbitrary classification** (government vs. private citizens).

 - **No rational basis** for favoring Trump/Musk over Plaintiff.

#### **COUNT 2: 42 U.S.C. § 1981 VIOLATION**

- **Legal Standard**: *Comcast v. NAAAOM* (2020) – Intentional discrimination in contracting.

- **Application**:

 - DOJ blocked Plaintiff's access to **employment contracts** by refusing to enforce his rights.

"COUNT 3: DECLARATORY JUDGMENT AGAINST SOVEREIGN IMMUNITY DEFENSE

1. The DOJ's policy violates clearly established 14th Amendment rights.

2. No reasonable federal official could believe denying enforcement to Black complainants is lawful (*Hope v. Pelzer*, 2002).

3. Plaintiff seeks a declaration that immunity is waived under **5 U.S.C. § 702** (APA judicial review)."

---

### **VI. RELIEF REQUESTED**

1. **Declaratory Judgment**: DOJ's "private citizen" policy violates the 14th Amendment.

2. **Injunctive Relief**: Order DOJ to:

 - Investigate Plaintiff's complaints;

 - Cease discriminatory enforcement practices.

3. **Nominal Damages**: $1 (to establish standing).

4. **Reservation of Jurisdiction**: To award **compensatory damages** after discovery.

*A judicial declaration that sovereign immunity does not bar claims for:*

- *Injunctive relief under Ex parte Young;*

- *Compensatory damages under Bivens v. Six Unknown Agents."*

---

### **VII. JURY DEMAND**

Plaintiff demands a jury trial on all issues.

**DATED**: [7-8-25]

Respectfully submitted,

**ROBERT P. HOLLINGSWORTH III**

**VERIFICATION**

"I swear under penalty of perjury that the foregoing is true."

**Signed**: *Robert Hollingsworth*